[No. 4575-7-III. Division Three. November 30, 1982.]

HARRIETT M. LORAAS, *Appellant,* v. S. C. JOHNSON & SONS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 78-0910, Robert S. Day, J., entered April 30, 1981. *Affirmed* by unpublished opinion per Munson, J.,

concurred in by Roe, A.C.J., and Green, J.